IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| ROBERT SHIELDS | § | |
| V. | § | CIVIL ACTION NO. 9:07CV291 |
| DIRECTOR, TDCJ-CID | § | |

ORDER

    Came on for consideration the above-referenced civil action, this Court having heretofore ordered that this matter be referred to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore,

    **ORDERED** that Petitioner's application to proceed *in forma pauperis* (docket #2) is hereby **DENIED**. Petitioner has 30 days to pay the $5.00 filing fee.

    So **ORDERED** and **SIGNED** this **3** day of **January, 2008.**

_____
Ron Clark, United States District Judge